UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAFAEL ARROYO,<br><br>          Plaintiff,<br><br>     v.<br><br>DISNEY WAY HOTEL PARTNERS, LLC, a Delaware Limited Liability Company<br><br>          Defendants. | Case No.: 8:21-cv-00204-JDE<br><br>ORDER TO SHOW CASE WHY STAY SHOULD NOT BE LIFTED<br><br>Action Removed: Jan. 29, 2021 |

On April 14, 2021, pursuant to the Parties' Stipulation, the Court ordered as follows:

1. All dates, deadlines, and further activity in this case are stayed for the earlier of 6 months from the date of this Order or upon the issuance of decisions by the Ninth Circuit in each of *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227 (collectively, "Appeals").

2. The Parties are ordered to file a Joint Status Report within 14 days after the disposition by the Circuit of the last of the Appeals or

> within 6 months from the date of this Order, whichever occurs first. The Joint Status Report shall inform the Court how the parties intend to proceed with this case in light of the rulings or absence of rulings in the Appeals.

Dkt. 22 ("Stay Order") at 1-2. More than six months have passed since the Stay Order and no Joint Status Report has been filed in violation of the Stay Order.

    As a result, the parties are ordered to show cause, in writing, within 7 days, why the Stay should not be immediately lifted and deadlines reset.

Dated: October 28, 2021

_____
JOHN D. EARLY
United States Magistrate Judge