UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 8:21-cv-00204-JDE | Date | October 12, 2022 |
|---|---|---|---|
| Title | Rafael Arroyo v. Disney Way Hotel Partners, LLC | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order of Dismissal per Stipulation (Dkt. 32)

   Pursuant to the parties' Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the action is DISMISSED with prejudice as to all parties, with each party to bear the party's own attorney's fees and costs.

   IT IS SO ORDERED.